IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

J.M.G., A CHILD,

      Appellant,

v.

                                        Case No.  5D22-365
                                        LT Case No. 2020-CJ-001560-AOR

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed October 18, 2022

Appeal from the Circuit Court
for Orange County,
Jennifer Harris, Judge.

Matthew J. Metz, Public Defender, and
Betty Wyatt, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

COHEN, SASSO and WOZNIAK, JJ., concur.